

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-14-00415-CV

Milton B. **RUSSELL**,
Appellant

v.

**CPS ENERGY**,
Appellee

From the 285th Judicial District Court, Bexar County, Texas
Trial Court No. 2012-CI-16913
Honorable Antonia Arteaga, Judge Presiding

BEFORE CHIEF JUSTICE STONE, JUSTICE ALVAREZ, AND JUSTICE CHAPA

In accordance with this court's opinion of this date, this appeal is DISMISSED FOR WANT OF PROSECUTION. Costs of this appeal are taxed against Appellant Milton B. Russell. *See* TEX. R. APP. P. 43.4.

SIGNED October 15, 2014.

_____
Patricia O. Alvarez, Justice